## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WANDA ELAINE SCHULTZ,

        Plaintiff,

v.

LEON EUGENE CHRISTOPHER GRONDIN, RAMSEY COUNTY FAMILY COURT, RAMSEY COUNTY CHILD PROTECTIVE SERVICES, and RAMSEY COUNTY GUARDIAN AD LITEM,

        Defendants.

Civil No. 08-5842 (PJS/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 29, 2008

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge